LVOV Acupuncture, P.C. v Nationwide Ins. Co. (2020 NY Slip Op
51343(U))

[*1]

LVOV Acupuncture, P.C. v Nationwide Ins. Co.

2020 NY Slip Op 51343(U) [69 Misc 3d 141(A)]

Decided on November 6, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 6, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2019-373 K C

LVOV Acupuncture, P.C., as Assignee of
Ozhan Tastaban, Appellant, 
against
Nationwide Ins. Co., Respondent. 

Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for appellant.
Law Office of Kevin J. Philbin (Lawrence Wolkow of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Michael
Gerstein, J.), entered December 13, 2018. The order granted defendant's motion for summary
judgment dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, the Civil Court
granted defendant's motion for summary judgment dismissing the complaint on the ground that
defendant had fully paid plaintiff for the services at issue.
For the reasons stated in LVOV Acupuncture, P.C., as Assignee of Ozhan Tastaban v
Nationwide Ins. Co. (___ Misc 3d ___, 2020 NY Slip Op _____ [appeal No. 2018-2277 K
C], decided herewith), the order is affirmed.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 6, 2020